■ ALBERT A. LA VERNE v. ISAAC KAPLAN, Doing Business as INSJAR REALTY COMPANY.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Botein, J. P., Rabin, Frank and Bergan, JJ. [See 2 A D 2d 971.]

■ In the Matter of HOTEL ASSOCIATION OF NEW YORK CITY, INC., et al., Appellants, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Breitel, Frank and Valente, JJ. [See 2 A D 2d 957.]

■ DOROTHEA K. WHEELOCK v. JEROME WHEELOCK.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ. [See ante, p. 25.]

■ In the Matter of KENMAR NURSERY, INC., Appellant, against HARVEY L. STRELZIN et al., Constituting the Board of Assessors of the City of New York, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Frank and Valente, JJ. [See 2 A D 2d 959.]

■ ABRAHAM COHEN v. LILLIAN N. BURG et al.— Motion to dismiss appeal granted only to the extent stated in order. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

■ HELENA MENDELOVITZ, Respondent, v. PETAL REALTY CORPORATION, Defendant and Third-Party Plaintiff-Appellant. IMPERIAL ELEVATOR COMPANY, Third-Party Defendant-Respondent.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

■ DOLORES HOPEWOOD v. WILLIAM MORROW & COMPANY, INC., et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

■ THOMAS B. HOWELL et al., Doing Business under the Name of HOWELL-ROGIN STUDIO v. AMERICAN BROADCASTING COMPANY, INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

■ JANE DIMELOW v. JULES GLAENZER.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

## (January 31, 1957)

■ MAX STABINS et al., Respondents, v. ERWILL REALTY CORP. et al., Defendants, and RODIN & RODIN, Appellants.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Valente, McNally and Bastow, JJ.

## SECOND DEPARTMENT, JANUARY, 1957

## (January 7, 1957)

■ ASPASIA BRILLIS, Respondent, v. PETROS BRILLIS, Appellant.— In an action to annul a marriage on the ground of fraud, the appeal is from a judgment (designated in the notice of appeal as an order) entered after trial in favor of respondent. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [207 Misc. 104.]